UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.  407CR308

DONALD FLOYD BROWN and
CHARON GARRAY FIELDS

## ORDER

Defendant Donald Floyd Brown's Motion for New Trial is *DENIED*. Doc. # 115.

This  18  day of August, 2008.


B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA